FILED
2010 ... -5 PM 1:4.
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 07-52410 |
| | ) | JUDGE SHEA-STONUM |
| ROBERT D. BELL | ) | CHAPTER 7 |
| JOAN A. BELL | ) | |
| | ) | |
| | ) | |
| DEBTORS | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

ROBERT DAVID BELL                                                      $253.20
287 ALDEN AVENUE
AKRON, OH 44313

2. Trustee's check for $253.20, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: May 4, 2010

/KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE

Ck # 10109
Receipt # 81448